# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CHRISTOPHER R. MILLER**                                                                **PLAINTIFF**

**v.**                                **CASE NO. 3:20-CV-00231-BSM**

**KEVIN MOLDER,** *et al.*                                                                **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended dispositions [Doc. No. 6] is adopted. Miller's amended complaint [Doc. No. 5] is dismissed without prejudice. An *in forma pauperis* appeal from an order and judgement dismissing this case would not be taken in good faith. 28 U.S.C. section 1915(a)(3).

IT IS SO ORDERED this 9th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE