# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER R. MILLER**                                          **PLAINTIFF**

**v.**                      **CASE NO. 3:20-CV-00231-BSM**

**KEVIN MOLDER,** *et al.*                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 9th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE